

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

In the Interest of P.M.G., a Child

No. 06-12-00120-CV

Appeal from the County Court at Law of Bowie County, Texas (Tr. Ct. No. 05D1047-CCL). Opinion delivered by Justice Carter, Chief Justice Morriss and Justice Moseley participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we remand the case to the trial court to determine the amount Bruce Garner, Jr., is obligated for medical support arrearage due before July 22, 2011. In all other respects, we affirm the judgment of the trial court.

We further order that the appellant pay three-fourths (3/4) and the appellee pay one-fourth (1/4) of all costs of this appeal.

RENDERED JULY 16, 2013
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk